IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,         No. CR S-03-0280 KJM

 vs.

VICTOR M. CAMACHO,

  Defendant.        <u>ORDER</u>

_____/

   On January 26, 2006, the court allowed the defendant, Victor Camacho, the opportunity to file an affidavit addressing his ability to repay the costs of appointed counsel. On January 27, 2006, Mr. Camacho responded, discussing his finances and the impact of his divorce proceedings on them in general terms.

   In order to fully evaluate the government's motion, the court directs Mr. Camacho to supplement his affidavit with the following verified information: the total still owed on his mortgage and the current market value of his house. Although Mr. Camacho complains he is unable to afford an appraisal, he may obtain and provide to the court an estimate of value from a real estate agent based on sales of comparative homes in his community.

/////

/////

1

1  IT IS ORDERED that Mr. Camacho provide the information specified above
2  within two weeks of the date of this order.
3  DATED:  January 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
cama0280.$