IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,     No. CR S-03-0280 KJM

    vs.

VICTOR M. CAMACHO,

    Defendant.     <u>ORDER</u>

_____/

    On February 16, 2005, counsel for Victor Camacho provided financial information to chambers and to the government in response to this court's order of January 31, 2006.

    GOOD CAUSE APPEARING:

    1.  Within seven days of this order, the government may respond to the information provided.  The government's response shall not be filed through the court's ECF system, but shall be delivered in paper to chambers, with a copy served on defense counsel.

    2.  The Clerk of the Court is directed to file **UNDER SEAL** the letter dated February 16, 2006 from the Federal Defender's Office as well as the letter's three pages of attachments.

DATED: February 21, 2006.

                                       UNITED STATES MAGISTRATE JUDGE

2/ cama0280.sd

1