IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                    No. CR S-03-0280 KJM

    vs.

VICTOR M. CAMACHO,

    Defendant.                                  <u>ORDER</u>

_____/

        On February 28, 2006, the government replied to defendant's letter of February 16, 2006, by delivering its pleading to chambers as directed.

        In light of the government's reply and the question pending before the court, the court directs defendant to provide a current docket from his wife's case in bankruptcy court and a current docket or minutes from the Solano County dissolution action, showing the current status of the case and any specific rulings or actions concerning the house. In addition, defendant may file a reply brief if he wishes.

        Accordingly, IT IS HEREBY ORDERED:

        1. The Clerk of the Court is directed to file the "Government's Under Seal Reply To Information Provided By Defendant" under seal.

/////

1

2.  Defendant is directed to provide the information described above, and his reply if any, by delivering the original to chambers with a copy for the government within five days of the filed date of this order.

DATED: February 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
cama0280.$x2